| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| HENRY Y. CHIU, #222927<br>KIMBLE, MACMICHAEL & UPTON<br>5260 N. PALM AVE., STE. 221<br>FRESNO, CA 93704 | | | | **FILED**<br><br>AUG 1 2 2008<br><br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA |
| Telephone No: (559)435-5500 | | Ref. No. or File No.:<br>6151.21 | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: Board Of Trustees Of The Pipe Trades District Council No. 36 Health And Welfare Trust | | | | |
| Defendant: RUTLEDGE PLUMBING, INC. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV083530 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; WELCOME TO THE U.S. DISTRICT COURT, BROCHURE.

3. a. Party served:                          RUTLEDGE PLUMBING, INC.
   b. Person served:                         Karen Rutledge, Agent for service of process.

4. Address where the party was served:      3740 Rocklin Road
                                             Rocklin, CA 95677

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Aug. 01, 2008 (2) at: 1:55PM

7. **Person Who Served Papers:**            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. James Gallagher                        d. *The Fee for Service was:* 70.00
   b. **Action Legal Support Service**       e. I am: (3) registered California process server
      5528 North Palm                            (i) Owner
      Suite 123                                  (ii) Registration No.:    98-06
      Fresno, CA 93704-0                         (iii) County:             Sacramento
   c. 559 432-3337                               (iv) Expiration Date:     Mon, Jan. 11, 2010

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Aug. 06, 2008

Judicial Council Form                   PROOF OF SERVICE             (James Gallagher)
Rule 2.150.(a)&(b) Rev January 1, 2007      SUMMONS                                            alss.43949

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 )
HEALTH AND WELFARE TRUST FUND; See Attachment "A" for complete )
list of Plaintiffs,                Plaintiff    )
                                                )   CV 08         3530
         v.                                     )   Civil Action No.
RUTLEDGE PLUMBING, INC., a California corporation; )
and DOES 1 through 50, inclusive                )                              WHA
                        Defendant               )

**Summons in a Civil Action**

To: RUTLEDGE PLUMBING, INC.
         *(Defendant's name)*

A lawsuit has been filed against you.

   Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Henry Y. Chiu, Esq.

Kimble, MacMichael & Upton

5260 N. Palm Avenue, Ste. 221

Fresno, CA 93704

Ph: (559) 435-5500

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUL 2 3 2008

Deputy clerk's signature

**ANNA SPRINKLES**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

NDCAO440

# SUMMONS IN A CIVIL ACTION ATTACHMENT

**PLAINTIFFS:**

1. BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND;

2. BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND;

3. BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; and

4. BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    returning the summons unexecuted to the court clerk on _____ .

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

Date: _____

Server's signature

Printed name and title

Server's address