MICHAEL E. MOSS 63408
HENRY Y. CHIU 222927
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Fresno, California 93704-2215
Telephone: (559) 435-5500
Facsimile: (559) 435-1500

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>Plaintiffs,<br>v.<br><br>RUTLEDGE PLUMBING, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV-08-3530 WHA<br><br>**STIPULATION FOR ENTRY OF JUDGMENT** |

IT IS HEREBY STIPULATED AND AGREED by and between the above named Plaintiffs and defendant Rutledge Plumbing, Inc. ("Defendant") as follows:

1. This stipulation is entered into between the parties in order to settle and conclude the above-entitled litigation relating to the payment of fringe benefit contributions owed by Defendant to Plaintiffs for the months of April 2008 and May 2008, as well as for the month of June 2008.

///

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. BOX 9489
FRESNO, CA 93792-9489

1
STIPULATION FOR ENTRY OF JUDGMENT

2. Accordingly, IT IS HEREBY STIPULATED that, subject to the approval and order of the Court, judgment be entered in favor of Plaintiffs and against Defendant, effective upon the date this order is executed by the Court, in the sum set forth in Exhibit "A" (entitled "Judgment Pursuant to Stipulation"), which is attached hereto and incorporated herein by reference. Such sum comprises the full principal amount of delinquent contributions, liquidated damages, interest, and costs and attorneys' fees incurred by Plaintiffs to date.

3. IT IS STIPULATED, however, that judgment pursuant to this Stipulation shall be satisfied upon payment pursuant to the following terms:

    a. Defendant shall remit a personal check, certified check or money order to Plaintiffs no later than September 5, 2008, in the amount of $52,883.37, which shall comprise the following:

| | |
|---|---|
| Principal contributions: | $48,649.39 |
| Interest (excluding liquidated damages): | $1,063.86 |
| Costs and Attorneys' Fees: | $3,170.12 |

    b. Pursuant to the terms of the Trust Agreements between Plaintiffs and Defendant, Defendant shall submit all future monthly reports in a timely manner, and pay all fringe benefit contributions to Plaintiffs on or before the date they are due.

4. Failure to make the payment described in Paragraph 3 above, or failure to submit future monthly reports, all in a timely manner, shall be considered an event of default under this Stipulation. Any default shall entitle Plaintiffs to execute the judgment attached hereto as Exhibit "A" for the full amount of $63,431.80. Furthermore, upon default, Plaintiffs shall be entitled to apply to the court ex parte, and without notice to Defendant, for any writs or orders necessary to judicially enforce the full amount of the judgment stated in Exhibit "A."

5. Any execution of judgment entered pursuant to this Stipulation is subject to offsets from payments made prior to said execution of the judgment. Upon the successful completion of the payments and conditions stated in Paragraph 3 of this Stipulation, Plaintiffs shall submit an appropriate satisfaction of judgment to the Court.

///

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
STIPULATION FOR ENTRY OF JUDGMENT

Dated: August __29__, 2008.       PIPE TRADES DISTRICT COUNCIL NO. 36
                                  TRUST FUNDS

                                  By __/s/ Robert Jennings_____
                                  ROBERT JENNINGS, Trustee of the
                                  PIPE TRADES DISTRICT COUNCIL NO. 36,
                                  On behalf of the same


Dated: August __31__, 2008.       RUTLEDGE PLUMBING, INC.

                                  By __/s/ Karen M. Rutledge_____
                                  KAREN M. RUTLEDGE, President of
                                  RUTLEDGE PLUMBING, INC.,
                                  On behalf of the same


**ORDER**

IT IS SO ORDERED.

Dated: September __30__, 2008.

_____
UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge William Alsup]

615121.hc.stip entry judgment.2

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

1  Dated: August 29, 2008.   PIPE TRADES DISTRICT COUNCIL NO. 36
2                             TRUST FUNDS
3                             By _____
4                             ROBERT JENNINGS, Trustee of the
                              PIPE TRADES DISTRICT COUNCIL NO. 36,
5                             On behalf of the same
6
7  Dated: August ____, 2008.  RUTLEDGE PLUMBING, INC.
8
9                             By _____
                              KAREN M. RUTLEDGE, President of
10                            RUTLEDGE PLUMBING, INC.,
                              On behalf of the same
11
12
13                            **ORDER**
14 IT IS SO ORDERED.
15 Dated: September ____, 2008.
16
17                            _____
18                            UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27 615121.hc.stip entry judgment.2

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
6260 NORTH PALM AVENUE
SUITE 221
P.O. Box 9489
FRESNO, CA 93792-9489

28

3
STIPULATION FOR ENTRY OF JUDGMENT

Dated: August _____, 2008.    PIPE TRADES DISTRICT COUNCIL NO. 36
                              TRUST FUNDS

                              By _____
                              ROBERT JENNINGS, Trustee of the
                              PIPE TRADES DISTRICT COUNCIL NO. 36,
                              On behalf of the same


Dated: August 31, 2008.       RUTLEDGE PLUMBING, INC.

                              By _____
                              KAREN M. RUTLEDGE, President of
                              RUTLEDGE PLUMBING, INC.,
                              On behalf of the same


**ORDER**

IT IS SO ORDERED.

Dated: September _____, 2008.


                              _____
                              UNITED STATES DISTRICT JUDGE


615121.hc.stip entry judgment.2

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5200 NORTH PALM AVENUE
SUITE 221
P. O. Box 9450
FRESNO, CA 93792-9458

3
STIPULATION FOR ENTRY OF JUDGMENT

MICHAEL E. MOSS 63408
HENRY Y. CHIU 222927
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Fresno, California 93704-2215
Telephone: (559) 435-5500
Facsimile: (559) 435-1500

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>Plaintiffs,<br>v.<br><br>RUTLEDGE PLUMBING, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV-08-3530 WHA<br><br>**JUDGMENT PURSUANT TO STIPULATION**<br><br>[Exhibit A to Stipulation for Entry of Judgment] |

On the basis of the stipulation entered into between Plaintiffs and defendant Rutledge Plumbing, Inc. ("Defendant"), and good cause appearing therefore:

IT IS HEREBY ORDERED that judgment be entered in the above-entitled matter in favor of Plaintiffs and against Defendant in the total sum of $63,431.80. This amount comprises the following, all for the period of April 2008 through June 2008 only:

///

///

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

1
JUDGMENT PURSUANT TO STIPULATION
[EXHIBIT A TO STIPULATION FOR ENTRY OF JUDGMENT]

1. Principal unpaid contributions, in the amount of $48,649.39;
2. Interest upon the principal unpaid contributions, in the amount of $1,063.86;
3. Liquidated damages, in the amount of $9,344.53;
4. Interest upon the liquidated damages, in the amount of $203.90;
5. Costs and attorneys' fees, in the amount of $4,170.12;

IT IS FURTHER ORDERED that interest shall accrue on the total judgment, from the date of entry, at the rate of ten percent (10%) per annum.

IT IS FURTHER ORDERED that Plaintiffs shall be entitled to recover reasonable costs and attorneys' fees incurred by them in enforcing this judgment.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the terms of this judgment.

Dated: September __30__, 2008.



_____
UNITED STATES DISTRICT JUDGE

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P.O. Box 9489
FRESNO, CA 93792-9489

2

JUDGMENT PURSUANT TO STIPULATION
[EXHIBIT A TO STIPULATION FOR ENTRY OF JUDGMENT]